**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.** |
| | : | |
| v. | : | **MAGISTRATE NO. 25- mj-246** |
| | : | |
| **TREVON TROXLER,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **18 U.S.C. § 1361** |
| | : | **(Destruction of Government Property)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about October 12, 2025, within the District of Columbia, **TREVON TROXLER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Case Number 2015 CF3 012169, did unlawfully and knowingly receive and possess a firearm and ammunition, that is, a Glock 29 10mm firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 10mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT TWO

On or about October 12, 2025, within the District of Columbia, **TREVON TROXLER**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and

constructed for the United States, and any department and agency thereof, that is, a Diplomatic Security Services Vehicle, causing damage in an amount more than $1,000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## FORFEITURE ALLEGATION

1.     Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

2

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/Emory V. Cole*
EMORY V. COLE
PA. Bar No. 49136
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7692
Emory.Cole@usdoj.gov

3